# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Victor ARAGON Haros**<br>DOB: 2001; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>23-06383MJ |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about November 30, 2023, in the District of Arizona, **Victor ARAGON Haros** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is:  thirty (30) boxes of PMC Bronze 50 Caliber ammunition, and one (1) box of PMC Bronze .45 caliber ammunition, all totaling 350 rounds of ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On November 30, 2023, at approximately 1:47 p.m. **Victor ARAGON Haros** attempted to exit the United States and enter the Republic of Mexico through the Lukeville Port of Entry in Lukeville, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped a tan 2004 Oldsmobile Alero 4 door sedan bearing Arizona plate FPF70 driven by sole occupant **Victor ARAGON Haros**. **ARAGON Haros** was turned around by Mexican authorities after being denied admission into Mexico for improper vehicle registration. During the primary inspection, a CBPO referred the vehicle to secondary inspection. During secondary inspection, **ARAGON Haros** was asked if there were any firearms or ammunition inside of the vehicle to which he stated that there was not. **ARAGON Haros** was visibly nervous as his hands were shaking while talking with officers. An x-ray scan of the vehicle was conducted and CBPOs observed what appeared to be anomalies in the trunk area of the vehicle. CBPOs opened the trunk of the tan Oldsmobile Alero and located thirty (30) boxes of PMC Bronze 50 Caliber ammunition, and one (1) box of PMC Bronze .45 caliber ammunition, all totaling 350 rounds of ammunition.

During a post *Miranda* advisement interview, **ARAGON Haros** admitted that he was attempting to smuggling the ammunition out of the United States and into Mexico. **ARAGON Haros** advised that he was expecting to receive $200.00. **ARAGON Haros** admitted that he believed that the ammunition was inside of the trunk of the vehicle. He further admitted that he was not licensed to transport firearms and or ammunition from the United States into Mexico.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY AUSA *R. Arellano*  RAQUEL ARELLANO (Digitally signed by RAQUEL ARELLANO, Date: 2023.12.01 09:58:33 -07'00') | SIGNATURE OF COMPLAINANT<br>CHAD L LAKOSKY (Digitally signed by CHAD L LAKOSKY, Date: 2023.12.01 10:03:01 -07'00')<br>OFFICIAL TITLE<br>HSI Special Agent Chad L. Lakosky |
|---|---|
| **Sworn by telephone  x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Lynnette C. Kimmins* | DATE<br>December 1, 2023 |

1)     See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

23-06383MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

The ammunition found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **ARAGON Haros** does not possess a license to export ammunition into Mexico.